**Order entered November 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01017-CV

### JOHN TATUM AND MARY ANN TATUM, Appellants

### V.

### THE DALLAS MORNING NEWS, INC. AND STEVE BLOW, Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-07371

## ORDER

We **GRANT** the parties' November 19, 2014 joint motion for extension of deadlines to file briefs. We **ORDER** appellees to file their brief no later than January 9, 2015 and appellants to file their reply brief no later than February 13, 2015. No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE